**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANDY VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | NO. EDCV 07-01035 SS<br><br>**JUDGMENT** |

　　Pursuant to the mandate of the Ninth Circuit Court of Appeals filed June 1, 2010, the decision of the Commissioner is REVERSED and the above-captioned action is REMANDED to the Commissioner for the immediate payment of benefits.

DATED: June 9, 2010.

　　　　　　　　　　　　　　　　　　　/S/

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE